```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0022--CV (JKS)
             "THOMAS M. MACK V VESSEL ARCTIC FJORD"

     Including terminated parties, excluding terminated counsel
```

```
    Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  4(12)
             Filed:  02/07/05
            Closed:  NO

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit:  (340) Marine
                      28:1916
             Origin:  (1) Original Proceeding
             Demand:  75
         Filing fee:  Waived
           Trial by:
```

Parties of Record:                       Counsel of Record:

PLF 1.1           MACK, THOMAS M.        Douglas G. Johnson
                                         Law Office of Douglas G. Johnson
                                         821 N Street, Suite 208
                                         Anchorage, AK 99501
                                         907-277-0161
                                         FAX 907-277-0164

DEF 1.1           ARCTIC FJORD, VESSEL   No counsel found for this party!

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CIVIL DOCKET ENTRIES FOR CASE A05-0022--CV (JKS)
                       "THOMAS M. MACK V VESSEL ARCTIC FJORD"

                                 For all filing dates


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(12)
             Filed: 02/07/05
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (340) Marine
                    28:1916
            Origin: (1) Original Proceeding
            Demand: 75
        Filing fee: Waived
          Trial by:


Document #   Filed      Docket text

    1 -   1  02/07/05   Verified Complaint for personal injuries and maintenance and cure filed.

    2 -   1  02/07/05   PLF 1 motion to issue warrant and hold process in abeyance.

    3 -   1  02/08/05   JKS Minute Order that case referred to MJ Roberts per MJ Rule 4(12).
                        cc: cnsl, MJ Roberts

    2 -   2  03/07/05   JDR Order granting motion to issue warrant and hold process in abeyance
                        (2-1). cc: cnsl, USM
```