FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 DEC 20 PM 1:
ON 1:32

Law Offices of Douglas G. Johnson
821 N Street, Suite 208
Anchorage, Alaska 99501
(907) 277-0161

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA AT ANCHORAGE

| | |
|---|---|
| THOMAS M. MACK,                   )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>    v.                             )<br>                                   )<br>The Vessel ARCTIC FJORD, Official  )<br>Number 940866; her engines, tackle,)<br>gear apparel, furniture, and       )<br>equipment, <u>in rem</u>,                )<br>                                   )<br>              Defendant.           )<br>_____) | Case No.: A 05-022 CV (JKS) |

### NOTICE OF SETTLEMENT
(Per Federal Supplemental Rule E(3)(c) and Local Admiralty Rule 1(e)(5))

Plaintiff Thomas M. Mack, through counsel Law Offices of Douglas G. Johnson PC, and pursuant to Supplemental Admiralty Rule E and LAR 1(e)(5), moves to have this case dismissed without prejudice. The corollary state court case has been settled, and we ask that this case be dismissed without service to or an answer made from the defendant.

*Notice of Settlement*
*Mack v. The Vessel ARCTIC FJORD*

4

1  DATED this 16th day of December, 2005.

2  **Law Offices of Douglas G. Johnson**

   **FILED**

   **DEC 2 2 2005**

   UNITED STATES DISTRICT COURT
   DISTRICT OF ALASKA
   By: _____

   By: _____
   Douglas G. Johnson, ABA# 9511061
   Attorneys for Plaintiff

   **It is so ORDERED**

   Dated: 12/21/05

   _____
   United States District Judge

   A05-0022--CV (JKS)   on 12-22-05
   ----------------------------------
   D. JOHNSON

   *Notice of Settlement*
   *Mack v. The Vessel ARCTIC FJORD*

Law Offices of Douglas G. Johnson, PC
821 N Street, Suite 208
Anchorage, AK 99501
Telephone (907) 277-0161   Fax (907) 277-0164